IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                        CRIMINAL NO.: 3:14CR062-SA-SAA

PERRY POUNDERS                                                                    DEFENDANT

ORDER ON MOTION

Defendant filed a Motion [32] requesting a copy of the docket in his case. That request is GRANTED. Enclosed with this Order is a copy of the docket through this date.

SO ORDERED, this the 31st day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**